[In Bank.—March 12, 1883.]

# SPRING VALLEY WATER WORKS, Petitioner, *v.* WASHINGTON BARTLETT et al., Respondents.

Prohibition—Water Rates.—The matter of fixing water rates is not judicial, and a writ of prohibition will not be awarded to restrain a board of supervisors from performing that duty.

This was an application for a writ of prohibition to restrain the board of supervisors of the city and county of San Francisco from passing an ordinance fixing the price of water to be supplied to the city and its inhabitants for one year, in pursuance of the provisions of article 14 of the Constitution of California.

*Frank G. ·Newlands,* and *C. N. Fox,* for Petitioner.

*William Craig,* for Respondents.

PER CURIAM. — In our judgment the matter of fixing water rates is not judicial, and for this reason the writ of prohibition cannot be awarded. This has been frequently held by this court.

Writ denied and proceedings dismissed.